FILED
BY _____ DEPUTY

NOV 28 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                        Plaintiff,

            v.

RUBEN BOBADILLA, JR.

                        Defendant.

Case No.: ED12-0442M

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18
U.S.C. § 3143(a))

       The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the   Southern

District of   California   for alleged violation(s) of the terms and

conditions of probation or supervised release; and

       Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.    (✓)    The defendant has not met his/her burden of establishing by clear and

             convincing evidence that he/she is not likely to flee if released under

             18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

             • CONTINUED illegal SUBSTANCE ABUSE;

             • CONTINUED FAILURE TO COMPLY W/ CONDITIONS;

             • HISTORY OF FAILURES TO APPEAR

             • TWO PRIOR REVOCATIONS

1   and/or

2   B.   ( )   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18

5   U.S.C. § 3142(b) or (c). This finding is based on the following:

6   _____

7   _____

8   _____

9   _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated:   11|28|12

16   HONORABLE DAVID T. BRISTOW
    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28
                                    2